FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                    :
BAROQUE TIMBER INDUSTRIES           :
(ZHONGSHAN) CO., LTD. and           :
RIVERSIDE PLYWOOD                   :
CORPORATION,                        :
                   Plaintiffs,      :
                                    :
                                    :       SUMMONS
                                    :
                                    :       Court No. 23-00136
       v.                           :
                                    :
UNITED STATES,                      :
                                    :
                   Defendant.       :
_____x
```

TO: The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Name and standing of plaintiff: Plaintiffs, Baroque Timber Industries (Zhongshan) Co., Ltd. and Riverside Plywood Corporation are foreign producers/exporters of multilayered wood flooring from the People's Republic of China. As Chinese producers/exporters of multilayered wood flooring, subject merchandise, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a) and were parties to the proceeding that led to the determination being challenged. Plaintiffs participated in the proceeding as mandatory respondents through the submission of questionnaire responses and written arguments. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. Brief description of the contested determination: The contested determination is the U.S. Department of Commerce's final results in the 10th annual administrative review of the countervailing duty order on multilayered wood flooring from the People's Republic of China. See Multilayered Wood Flooring from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2020, 88 Fed. Reg. 34,828 (May 31, 2023). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> May 31, 2023.

4. <u>Date of publication in the Federal Register of the contested determination</u>: May 31, 2023.

                                              Respectfully submitted,

/s/ *Andrew T. Schutz*
Andrew T. Schutz
Francis J. Sailer
Kavita Mohan
Michael S. Holton

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  June 30, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                                        The Honorable Mario Toscano
                                                                         Clerk of the Court

Date: _____ \_\_, 2023                         By:_____

10886178_1