UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE JUDGE TIMOTHY M. REIF

## **MANIFEST**

**Court No. 23-cv-00136-TMR**  Oral Argument – February 27, 2025 at 10:00 AM
Jurisdiction: 28 USC § 1581(c)  Videoconference via WebEx

*Baroque Timber Industries (Zhongshan) Co., Ltd., et al*
*Plaintiffs,*

*v.*

*United States*
*Defendant.*

___

## COUNSEL

Plaintiffs  Defendant
Baroque Timber Industries (Zhongshan) Co., Ltd.  United States
Riverside Plywood Corporation


Andrew Schutz (videoconference)  Brendan Jordan (videoconference)
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP  U.S. Department of Justice

  JonZachary Forbes (videoconference)
  U.S. Department of Commerce